UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-62071-SINGHAL

HOWARD COHAN,

    Plaintiff,

v.

BRE POLYGON PROPERTY OWNER LLC,
a Foreign Limited Liability Company
d/b/a HYATT HOUSE FT LAUDERDALE
AIRPORT & CRUISE PORT,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before the Court on Defendant's Unopposed Motion for Substitution of Counsel (DE [8]).  The Court having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion for Substitution of Counsel (DE [8]) is **GRANTED**.  Margaret H. Mevers, Esq., of the law firm of Lydecker Diaz is hereby substituted as counsel of record for Defendant, BRE POLYGON PROPERTY OWNER LLC d/b/a HYATT HOUSE FT LAUDERDALE AIRPORT & CRUISE PORT. Kevin M. Young, Esq., of the law firm of Seyfarth Shaw, LLP, is relieved of further responsibility for representation of Defendant in this action.

All further communications, pleadings, and any and all other papers in this action shall be forwarded to Margaret H. Mevers, Esq. of Lydecker Diaz.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of November 2020.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF